UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| NORMAN YOSHIMOTO,<br><br>　　　　Plaintiff,<br>　v.<br>O'REILLY AUTOMOTIVE, INC., *et al.*,<br>　　　　Defendants.<br>_____/ | No. C 10-05438 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On June 14, 2011, Defendant O'Reilly Automotive requested that the court certify for appeal its order denying O'Reilly Automotive's motion for summary judgment. ECF No. 40. On June 17, 2011, Plaintiff Norman Yoshimoto filed his opposition to O'Reilly Automotive's request. ECF No. 44. In light of these developments, the court **CONTINUES** the case management conference currently set for June 23, 2011 to June 30, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05438 LB
ORDER CONTINUING CMC