IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN K. YOSHIMOTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri corporation, CSK AUTO, INC., an Arizona corporation,<br><br>　　　　Defendants.<br>_____/ | No. C 11-3119 MMC<br><br>**ORDER OF REFERRAL** |

　　The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Laurel Beeler for consideration of whether the case is related to Norman K. Yoshimoto v. O'Reilly Automotive, Inc. et al., C 10-5438 LB. (See Case No. C 11-3119 MMC, Dkt. No. 1 (Complaint) ¶¶ 1, 9; Dkt. No. 5 (Notice of Pendency of Other Action).)[1]

　　**IT IS SO ORDERED.**

Dated: September 14, 2011

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court notes that plaintiff has failed to comply with Civil Local Rule 3-12(b) (requiring filing and service of Administrative Motion to Consider Whether Cases Should be Related). The instant referral is made in the interest of judicial economy.