UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN YOSHIMOTO,

        Plaintiff,

    v.

O'REILLY AUTOMOTIVE, INC., et al.,

        Defendants.

_____/

No. C 10-5438 PJH
No. C 11-3119 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copies of Defendants' Notice of Lodgment of Exhibits on Motion for Summary Judgment (Dkt. 71 in Case No. 10-5438) and Defendants' Request for Judicial Notice on Motion for Summary Judgment (Dkt. 70-6 in Case No. 10-5438) were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

- ☐ consist of a stack of loose paper wrapped with a rubber band;
- ☐ consist of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ are too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the exhibits;
- ☐ include exhibits that are illegible;
- ☐ include exhibits that are unreadable because the print is too small;
- ☐ include text and/or footnotes in a font smaller than 12 point;
- ☐ include portions or exhibits that are redacted because the submitting party

United States District Court
For the Northern District of California

        has requested leave to file those portions under seal; or

☐    are not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court. No later than 2:00pm on Wednesday, January 16, 2013, defendants shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge