UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN YOSHIMOTO,

    Plaintiff,

    v.

O'REILLY AUTOMOTIVE, INC., et al.,

    Defendants.
_____/

No. C 10-5438 PJH
No. C 11-3119 PJH

**ORDER RE CHAMBERS COPIES**

    PLEASE TAKE NOTICE that the chambers copies of Defendants' Notice of Lodgment of Exhibits on Motion for Summary Judgment (Dkt. 71 in Case No. 10-5438) and Defendants' Request for Judicial Notice on Motion for Summary Judgment (Dkt. 70-6 in Case No. 10-5438) were submitted in a format that is not usable by the court.

    The chambers copies are not usable because they

- ☐ consist of a stack of loose paper wrapped with a rubber band;
- ☐ consist of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ are too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the exhibits;
- ☐ include exhibits that are illegible;
- ☐ include exhibits that are unreadable because the print is too small;
- ☐ include text and/or footnotes in a font smaller than 12 point;
- ☐ include portions or exhibits that are redacted because the submitting party

1   has requested leave to file those portions under seal; or

2   ☐   are not usable for another reason –

3   The paper used for the above-described chambers copies has been recycled by the
4   court.  No later than 2:00pm on Wednesday, January 16, 2013, defendants shall submit
5   chambers copies in a format that is usable by the court.

7   **IT IS SO ORDERED.**

8   Dated:  January 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge