UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN YOSHIMOTO,<br><br>    Plaintiff,<br><br>    v.<br><br>O'REILLY AUTOMOTIVE, INC., et al.,<br><br>    Defendants.<br>_____/ | Related cases:<br><br>No. C 10-5438 PJH<br>No. C 11-3119 PJH<br><br>**JUDGMENT** |

These actions came on for hearing before the court, and the issues having been duly heard and the court having granted defendants' motions for summary judgment,

it is Ordered and Adjudged

that judgment is entered in favor of defendants CSK Auto, Inc. and O'Reilly Automotive, Inc., and against plaintiff Norman Yoshimoto, on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: December 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge