Higgs Fletcher & Mack LLP
JAMES M. PETERSON, Bar No. 137837
peterson@higgslaw.com
JASON C. ROSS, Bar No. 252635
rossj@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:     619.236.1551
Facsimile:      619.696.1410

Attorneys for Defendants
O'REILLY AUTOMOTIVE, INC. and CSK AUTO. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NORMAN YOSHIMOTO,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri corporation, CSK AUTO, INC., an Arizona Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 10-CV-05438 (PJH)<br><br>**JOINT STIPULATION TO ENLARGE TIME TO FILE (AND OPPOSE) DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br> AS MODIFIED BY THE COURT<br>CASE FILED:    June 24, 2011<br>DEPT:              Courtroom 3<br>IC JUDGE:      Hon. Phyllis J. Hamilton<br>TRIAL DATE:  March 14, 2014 |
| NORMAN YOSHIMOTO,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri corporation, CSK AUTO, INC., an Arizona corporation,<br><br>    Defendants. | CASE NO. 11-CV-03119 (PJH)<br><br><br>CASE FILED:    June 24, 20ll |

Plaintiff NORMAN YOSHIMOTO ("Plaintiff") and Defendants CSK AUTO, INC. and O'REILLY AUTOMOTIVE, INC. ("Defendants") (collectively "the Parties") jointly stipulate and agree as follows:

1. On December 9, 2013, the Court granted summary judgment in favor of Defendants against Plaintiff in related cases C 10-5438 PJH and C 11-3119 PJH. This order disposed of all remaining causes of action in both matters. (Docket No. 132, C 10-5438.)

2. On December 9, 2013, the Court also entered final judgment in favor of Defendants against Plaintiff. (Docket No. 133, C 10-5438.)

3. Under the Federal Rules of Civil Procedure, Rule 54(d)(2)(B), and Northern District of California, Local Rule 54-5, a post-judgment motion for attorneys' fees must be filed and served within 14 days following entry of judgment. Under normal operation of law, Defendants' attorneys' fee motion would be due on or before December 23, 2013.

4. However, defense counsel's calendar for the week of December 16-20 is already booked full with, amongst other things, depositions and a hearing on a large class certification motion (10,500-member putative class action). Further, defense counsel primarily responsible for drafting the attorneys' fee motion, Jason C. Ross, is also out of the country for the Holidays starting December 20, and will not be returning to the office until January 6, 2014.

5. Further, the local rules require the Parties meet and confer in advance of any motion for attorneys' fees. (N.D. Cal. L.R. 54-5(a).)

6. In order to accommodate defense counsel's upcoming calendar, the Holidays, and to allow the Parties sufficient time to meaningfully meet and confer in advance of Defendants' motion, the Parties jointly stipulate to enlarge Defendants' time to file its motion for attorneys' fees. In addition, the Parties also agree to enlarge the reply and opposition times on the motion. The Parties jointly stipulate and agree to the following dates on Defendants' motion for attorneys' fees:

    a. **January 24, 2014:** Deadline to file Defendants' Motion for Attorneys' Fees;

    b. **February 21, 2014:** Deadline to file Plaintiff's Opposition to the Motion;

    c. **March ~~7~~ 5, 2014:** Deadline to file Defendants' Reply on Motion for Attorneys' Fees;

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

1166583.1

2

CASE NO. 11-CV-03119 & 10-CV-05438
JOINT STIPULATION RE: DEFS' MTN FOR ATTYS' FEES

d.  **March 19, 2014, 9:00 a.m.:** Hearing on Motion.

**IT IS SO STIPULATED.**

DATED: December 13, 2013                    HIGGS FLETCHER & MACK LLP


By: /s/ *Jason C. Ross*
JAMES M. PETERSON, ESQ.
JASON C. ROSS, ESQ.
Attorneys for Defendants
O'REILLY AUTOMOTIVE, INC. and
CSK AUTO. INC.


DATED: December 13, 2013                    JOHN F. PRENTICE & ASSOCIATES, P.C.


By: /s/ *John F. Prentice*
JOHN F. PRENTICE, ESQ.
ROBERT D. POSTAR, ESQ.
SHEILA A. REID, ESQ.
Attorneys for Plaintiff
NORMAN K. YOSHIMOTO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/17/13

HONORABLE PHYLLIS J. HAMILTON
U.S. District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

1166583.1

3

CASE NO. 11-CV-03119 & 10-CV-05438
JOINT STIPULATION RE: DEFS' MTN FOR ATTYS' FEES