UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN YOSHIMOTO,

    Plaintiff,

    v.

O'REILLY AUTOMOTIVE, INC., et al.,

    Defendants.
_____/

Related cases:

No. C 10-5438 PJH
No. C 11-3119 PJH

**ORDER VACATING MARCH 19, 2014 HEARING**

    Before the court is defendant's motion for attorneys' fees, currently set for hearing on March 19, 2014. The court has reviewed the motion and finds it suitable for disposition without oral argument, and thus VACATES the March 19 hearing date. The court will issue a separate order ruling on the motion.

    **IT IS SO ORDERED.**

Dated: March 12, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge